P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409

Attorneys for Plaintiff
THERESA BROOKE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>TARSADIA HOTELS, a California corporation dba Hard Rock Hotel San Diego,<br><br>Defendant. | Case No: 3:20-cv-01330-MMA-AGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear own costs and fees.

RESPECTFULLY SUBMITTED this 30th day of November, 2020.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff